IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Criminal Case No. 12-cr-00365-RBJ

UNITED STATES OF AMERICA,

v.

DAVID JOSEPH REZENDES,

Defendant.

---

## FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States Motion for Final Order of Forfeiture. The Court, having read said Motion and being fully advised in the premises, finds:

THAT the United States commenced this action pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1029(a)(3), as set forth in the Indictment;

THAT a Preliminary Order of Forfeiture was entered on April 18, 2013;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by Federal Rule of Criminal Procedure 32.2(b)(6)(C) and 21 U.S.C. § 853(n);

THAT no Petition for Ancillary Hearing has been filed by any third party, and the time for so doing has expired;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. §§ 982(a)(2)(B) and 1029(a)(3).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United

States pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1029(a)(3) free from the claims of any other party:

(1) a generic computer with a black rack-mountable case containing two hard drives bearing serial numbers WMATV6597875 and WCATR0130319;

(2) an HP Pavilion p6330F desktop computer with one hard drive bearing serial number WCASY8718933;

(3) an HP Pavilion p6232p-b desktop computer with four hard drives bearing serial numbers 9VP3M1AB, 9VP3F00F, 6XW0LSCD, and WCAV58242057;

(4) an Acer Aspire 5920 laptop computer with one hard drive bearing serial number WCHS8U3C;

(5) a Kodak High-Speed 32 GB SDHC card numbered 31189-32GBCMKA;

(6) a Linksys router with serial number AN007J406248;

(7) a Belkin router with serial number 150942R8205793;

(8) three Motorola cable modems;

(9) a Panasonic digital recorder;

(10) a JVC Everio Camcorder with serial number GZMS120R4;

(11) a purple Acer laptop, model NAV50, bearing serial number LUSBN0D0010120B7DA1601, with no hard drive;

(12) a blue USB thumb drive;

(13) a black Acer laptop, model ZE6, bearing serial number LUSFS0D0011260CE312500, with one hard drive bearing serial number WX31A5148566;

(14) a Wi-Fi World 880WG WiFi Network Adapter;

(15) a Dlink ANT24-0700 omni-directional antenna; and

(16) a magnetic stripe card reader/writer, model MSR905 (collectively, "miscellaneous computer equipment");

THAT the United States shall have full and legal title to the forfeited miscellaneous computer equipment and may dispose of it in accordance with law.

DATED this 6th day of August, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge