IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00365-RBJ

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

DAVID JOSEPH REZENDES,
    a.k.a. Joseph David Rezendes,
    a.k.a. Joe Rezendes,

    Defendant/Petitioner.

_____

## DEFENDANT'S NOTICE OF APPEAL
_____

Notice is hereby given that David Joseph Rezendes, the defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from an order of restitution entered in this action on August 28, 2013.

    Respectfully submitted,

    WARREN R. WILLIAMSON
    Federal Public Defender, Interim

    s/ Edward R. Harris
    Edward R. Harris
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Edward_Harris@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2013, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Ryan T. Bergsieker
Assistant U.S. Attorney
Email: ryan.bergsieker@usdoj.gov

                                            s/ Edward R. Harris
                                            Edward R. Harris
                                            Assistant Federal Public Defender
                                            633 17th Street, Suite 1000
                                            Denver, CO  80202
                                            Telephone:  (303) 294-7002
                                            FAX:  (303) 294-1192
                                            Edward_Harris@fd.org
                                            Attorney for Defendant