IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Civil Action: | 12-cr-00365-RBJ | Date: | May 5, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Kara Spitler |
| Interpreter: | N/A | Probation: | Megan Pascual |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff(s)** | *David Tonini* |
| v. | |
| 1. DAVID JOSEPH REZENDES<br>**Defendant(s)** | *Edward Harris* |

### COURTROOM MINUTES

**MOTION HEARING**

Court in session: 8:31 a.m.

Appearances of counsel.

Defendant and probation officer are present via telephone.

Argument given on [80] Motion to Modify and Clarify Terms of Supervised Release.

The Court makes findings, it is

**ORDERED:** **[80] Motion to Modify and Clarify Terms of Supervised Release is GRANTED IN PART and DENIED IN PART.**

**Drug treatment and drug testing conditions of probation are VACATED.**

**As to special condition number 13: For two years after this date, the defendant shall notify employers of his conviction and the nature of his conviction involving computers and credit card information that may be occasioned by the defendant's criminal record or personal history or**

**characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.**

**As to special condition number 6: For two years after this date, the defendant shall not engage in any business activity or employment that involves the use of computers or access to third party credit card information, allowing for an exception for this restriction at the discretion of the U.S. probation officer followed by notice to and approval by the Court ,and an exception shall not be unreasonably withheld.**

**Condition that bars the defendant out of the judicial district in which a defendant is supervised, absent court or probation permission is to remain in place. This condition is modified to be monthly requests to the probation officer.**

Court in Recess: 9:10 a.m.              Hearing concluded.              Total time in Court: 00:39